No. A–602.   Honig, Superintendent of Public Instruction of California, et al. *v.* Students of California

SCHOOL FOR THE BLIND ET AL. D. C. E. D. Cal. Application for stay of injunction pending appeal, presented to JUSTICE POWELL, and by him referred to the Court, denied.